**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6319**

———————

TYREES COLOZA WHITEHEAD,

                              Plaintiff - Appellant,

        versus

W. S. DICKERSON,

                              Defendant - Appellee,

        and

CITY OF RICHMOND POLICE DEPARTMENT; CITY OF
RICHMOND,

                              Defendants,

UNITED STATES MARSHAL SERVICE,

                              Party in Interest.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. David G. Lowe, Magistrate Judge.
(CA-91-220)

———————

Submitted:  June 12, 1997          Decided:  June 18, 1997

———————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tyrees Coloza Whitehead, Appellant Pro Se. William Joe Hoppe, Senior Assistant City Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's order[*] denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Whitehead v. Dickerson</u>, No. CA-91-220 (E.D. Va. Feb. 12, 1997). We deny his "Motion to Amend Pleading Per F.R.C.P. 15(A)" and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).

3